**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 1:21-CV-22596-DPG**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AVISHAI SLOCHOWSKI, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**JOINT MOTION FOR ENTRY OF JUDGMENT**

The parties stipulate to entry of judgment and request that the Court enter judgment:

1.  On July 21, 2021, the United States filed this action to collect civil penalties assessed against Avishai Slochowski under 31 U.S.C. § 5314 for his willful failure to timely report his financial interest in foreign bank accounts for calendar years 2005-2012 ("FBAR penalties"). ECF 1.

2.  This Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331, 1345, and 1355.

3.  This Court is the proper venue for adjudicating this civil action pursuant to 28 U.S.C. § 1391(c)(1) because Defendant resides in this district.

4.  Defendant waived service of the summons and complaint in accordance with the Federal Rules of Civil Procedure.

5.  The parties hereby stipulate to entry of judgment in favor of the United States and against Defendant on Counts 1 through VIII in the amount of $958,286.86 for the FBAR penalties assessed against him for calendar years 2005-2012 under 31 U.S.C. § 5321(a)(5) and

the late payment penalties assessed against him pursuant to 31 U.S.C. § 3717(e)(2), which amount includes accrued interest and penalties through October 28, 2021, plus further pre- and post-judgment interest and statutory additions thereon as allowed by law to the date of the payment.

6. The parties have agreed that each party shall bear its own fees and costs, including attorney's fees.

7. A proposed order for entry of judgment was sent at the same time as the filing of this motion to chambers.

WHEREFORE the parties respectfully request that this Court enter judgment in favor of the United States and against Avishai Slochowski in the amount of $958,286.86 for the FBAR penalties assessed against him for calendar years 2005-2012 under 31 U.S.C. § 5321(a)(5) and the late payment penalties assessed against him pursuant to 31 U.S.C. § 3717(e)(2), which amount includes accrued interest and penalties through October 28, 2021, plus further pre- and post-judgment interest and statutory additions thereon as allowed by law to the date of the payment.

Dated: November 4, 2021

Respectfully submitted,

| /s/ Conor P. Desmond | /s/ Dustin Sher |
|---|---|
| Counsel for Plaintiff | Counsel for Defendant |

DAVID A. HUBBERT  
Acting Assistant Attorney General

CONOR PATRICK DESMOND  
Fla Bar. No. A5502587  
Trial Attorney, Tax Division  
U.S. Department of Justice  
P.O. Box 14198  
Washington, D.C. 20044

DUSTIN SHER  
Dorot & Bensimon PL  
20295 NE 29th Place, Suite 201  
Aventura, FL 33180

202-616-1857 (v) 202-514-4963 (f)
Conor.P.Desmond@usdoj.gov

Of counsel:
Juan Antonio "Tony" Gonzalez
Acting United States Attorney
Southern District of Florida

**CERTIFICATE OF SERVICE**

I certify that on November 4, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and that it will be served accordingly on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF. Counsel also emailed a copy of this filing to:

Datan Dorot, ddorot@dorotbensimon.com

Dustin Sher, dsher@dorotbensimon.com

Alexander Horowitz, ahorowitz@dorotbensimon.com

*/s Conor P. Desmond*
Conor P. Desmond
Trial Attorney, Tax Division
U.S. Department of Justice