IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:21-CV-22596-DPG

UNITED STATES OF AMERICA,            )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )
                                     )
AVISHAI SLOCHOWSKI,                  )
                                     )
        Defendant.                   )
_____)

## FINAL JUDGMENT

**THIS CAUSE** is before the Court following the filing of the Joint Motion for Entry of Judgment. [ECF 11]. It is **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion is **GRANTED**;

2. **JUDGMENT** is entered in favor of Plaintiff, the United States of America, and against Defendant Avishai Slochowski on Counts 1 through VIII in the amount of $958,286.86 for the FBAR penalties assessed against him for calendar years 2005-2012 under 31 U.S.C. § 5321(a)(5) and the late payment penalties assessed against him pursuant to 31 U.S.C. § 3717(e)(2), which amount includes accrued interest and penalties through October 28, 2021, plus further pre- and post-judgment interest and statutory additions thereon as allowed by law to the date of the payment.

3. The parties shall bear their own fees and costs, including attorney's fees.

4. Post-judgment interest shall accrue on this Judgment pursuant to 28 U.S.C. § 1961.

5.  The Clerk of Court is directed to enter Judgment and then mark this case **CLOSED.**

**DONE AND ORDERED** in Chambers at Miami, Florida on November 23, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record