UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CV-22596-DPG

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**AVISHAI SLOCHOWSKI**,

    Defendant
_____/

## CLERK'S ENTRY OF JUDGMENT

    Pursuant to the Court's Order directing the Clerk to enter a Judgment DE [12] FINAL JUDGMENT, signed by Honorable Judge Darrin P. Gayles.

    Judgment is entered in favor of Plaintiff, United States of America, and against Defendant Avishai Slochowski on Counts I through VIII in the amount of $958,286,86 for the FBAR penalties assessed against him for calendar years 2005-2012 under 21USC5321(a)(5) and the late payment penalties assessed against him pursuant to 31USC3717(e)(2), which amount includes accrued interest and penalties through October 28,2021, plus further pre and post-judgment interest and statutory additions thereon as allowed by law to the date of the payment.

    DONE AND ORDERED this 29 day of, November, 2021 in the Southern District of Florida.

    Angela E. Noble
    CLERK OF COURT

    By: s/Mercy Rodriguez
        Data Quality Analyst