# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
# CASE No. 21-cv-22596-DPG

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AVISHAI SLOCHOWSKI, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## SATISFACTION OF JUDGMENT

The judgment entered against Avishai Slochowski on November 29, 2021 (ECF 13) in the above-referenced case having been satisfied, the Clerk of the United States District Court for the Southern District of Florida is hereby authorized and empowered to satisfy and cancel said judgment of record.

Dated: June 3, 2022　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Conor P. Desmond*
　　　　　　　　　　　　　　　　　　　　Conor P. Desmond
　　　　　　　　　　　　　　　　　　　　DC Bar Num: 1531356
　　　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　　　US Department of Justice
　　　　　　　　　　　　　　　　　　　　PO Box 14198
　　　　　　　　　　　　　　　　　　　　Ben Franklin Station
　　　　　　　　　　　　　　　　　　　　Washington, DC 20044
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 616-1857
　　　　　　　　　　　　　　　　　　　　Fax: (202) 514-4963
　　　　　　　　　　　　　　　　　　　　Conor.P.Desmond@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2022, the foregoing Satisfaction was filed with the Clerk of the Court using the CM/ECF filing system and served on the following parties via the Court's CM/ECF filing system.

*/s/ Conor P. Desmond*
CONOR P. DESMOND
Trial Attorney, Tax Division
U.S. Department of Justice